| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | FOR COURT USE ONLY |
|---|---|
| In re:<br><br>Hamlet Babakhanyan,<br>Romina Esmaili<br><br><br><br><br><br><br><br>Debtor(s). | **FILED & ENTERED**<br><br>FEB 20 2013<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY pgarcia    DEPUTY CLERK**<br><br>CHAPTER:  7<br>CASE NO.:   1:12-bk-17156-VK<br>HEARING DATE:  February 19, 2013<br>HEARING TIME: 8:30 AM<br>CTRM:  301 |

## ORDER APPROVING REAFFIRMATION AGREEMENT WITH NOTICE OF ENTRY

The Debtor(s) herein has filed with the Court and moved for approval of a Reaffirmation Agreement concerning a debt owing to **<u>CitiMortgage, Inc.</u>** related to the real property commonly known as **9273 N. Canter Lane, Los Angeles, CA 91352.**

The Court noticed a hearing on whether it would approve the Reaffirmation Agreement;

The hearing having been held at the above date and time;

Upon evidence presented, the Court finds that reaffirmation of this consumer debt would not impose undue hardship on the Debtor(s) or dependents and is in the best interest of the Debtor(s), it is hereby

**ORDERED** that the Debtor's(s') motion is granted and the above-described Reaffirmation Agreement is approved.   This debt is not discharged, unless the Reaffirmation Agreement is timely rescinded.

*(Continued on next page)*

_____
This form is optional.  It has been approved by the United States Bankruptcy Court for the Central District of California

January 2009                                                                                                                          **F 4008-1.4**

**The Debtor(s) may rescind (cancel) the Reaffirmation Agreement at any time before the bankruptcy court enters a discharge order or within 60 days after the Reaffirmation Agreement was filed with the Court, whichever is later, by notifying the creditor that the Reaffirmation Agreement is rescinded.  The Court recommends that if the Debtor(s) rescind(s) (cancels) the Reaffirmation Agreement that it be done in writing and filed with the Court (a copy should be kept by the Debtor(s)).**

Date: February 20, 2013

Victoria S. Kaufman
United States Bankruptcy Judge

This form is optional.  It has been approved by the United States Bankruptcy Court for the Central District of California

*January 2009*

**F 4008-1.4**

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER APPROVING REAFFIRMATION AGREEMENT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1.   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*)___2/19/13_____, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

- Tyson Takeuchi    tysonlawfirm@yahoo.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Diane Weil (TR)    dcw@dcweillaw.com, dweil@ecf.epiqsystems.com

☐ Service information continued on attached page

**2.   SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

CitiMortgage, Inc.
Attn: Tiffany Server, Reaffirmation Specialist
6400 Las Colinas Blvd.
Irving, TX 75039

**Hamlet Babakhanyan**
9273 Canter Ln
Sun Valley, CA 91352-3733

**Romina Esmaili**
9273 Canter Ln
Sun Valley, CA 91352-3733

☐ Service information continued on attached page

**3.   TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page

---

This form is optional.  It has been approved by the United States Bankruptcy Court for the Central District of California

January 2009    **F 4008-1.4**